DocuSign Envelope ID: E273D15B-34F8-4091-BA30-C66E632AD423

Judge: Honorable Mary Jo Heston
Chapter: 7
Hearing Location: Tacoma
Hearing Date: September 9, 2021
Hearing Time: 9:00 a.m.
Response Date: September 2, 2021

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

IN RE STEPHEN LEE ATES,

Debtor.

No. 21-41090-MJH

SUPPLEMENTAL DECLARATION OF LAUREL GIBSON IN REPLY TO DEBTOR'S RESPONSE TO MOTION TO LIFT STAY

I, Laurel Gibson, being over the age of 18 and competent to testify, state the following:

1) On April 1, 2020, I filed a lawsuit In Pierce County Superior Court against Stephen Ates, Kelly Ann Brace and Family Classic Homes Incorporated. Mr. Johns is counsel for all three Defendants and has been actively litigating on their behalf.

2) Mr. Johns fought our motion for partial summary judgment, our three motions to compel (two resulting in sanctions of which $900 is still owed), and our motion to amend the complaint. In fact, our trial was originally set to occur in March of 2020 but Mr. Johns moved for a continuance ostensibly to hire a forensic accountant.

3) Mr. Johns states he is not ready to proceed to trial now because in late May, Mr. Ates said he would file for bankruptcy. Late May was already 13 months into litigation and Mr. Ates was actively soliciting business throughout the month of May. Exhibit 1 is a

SUPPLEMENTAL DECLARATION OF LAUREL GIBSON IN REPLY RE: AUTOMATIC STAY – PAGE 1
Cause No. No. 21-41090-MJH

**BAUMAN & WOLF, PLLC**
POST OFFICE BOX 2095
TACOMA, WA 98401
TEL: 206.264.4577

Case 21-41090-MJH    Doc 27    Filed 09/03/21    Ent. 09/03/21 13:40:09    Pg. 1 of 7

true and correct email to a prospective customer and Mr. Ates submittal for building permit during May, a copy of which are attached as Exhibit 2.

4) Throughout the discovery process Mr. Ates has lied and obfuscated to frustrate the process. He has altered profit and loss statements, fabricated a counterclaim, lied under oath during deposition, lied under oath during the 341 creditors meeting, refused to turn over records, and requested continuances on false pretenses.

5) I believe that Mr. Johns current Declaration statement now that he is not prepared to go to trial on behalf of FCH and Mr. Ates amounts to two possible scenarios; either he was being disingenuous to Judge Chushcoff on the morning of July 1, 2021 when he answered "ready" to go to trial or he is being disingenuous to this Court now.

6) Mr. Ates bankruptcy filing is part of his predesigned scheme to bilk multiple creditors for hundreds of thousands of dollars and walk away from the debt. He told me in February of 2020 that he was filing for bankruptcy. He then proceeded to collect more than half a million dollars in loans and customer deposits.

7) Mr. Ates opposition to this motion to lift the stay is a further tactic to wear down the Plaintiffs so that they "just go away." Very few people are able to pursue this case as I have been for more than 14 months. Only recently has law enforcement begun its investigation.

8) I ask this Court to weigh the entire last year of litigation, the volume of filings in State Court by the Plaintiffs and the inefficiency of starting over with unfamiliar bankruptcy counsel. The Pierce County Superior Court bench is familiar with this case. It would be grossly inefficient and prejudicial to Plaintiffs to have to start over in this Court. Worse yet, it would further reward Defendants who have been capitalizing for years on an overburdened regulatory system and an overburdened judicial system.

I declare that the foregoing is true and correct under penalty of perjury by the laws of Washington State and the laws of the United States.

DATED: 9/3/2021

Laurel Gibson  Signed in Burien, WA

SUPPLEMENTAL DECLARATION OF LAUREL GIBSON IN REPLY RE: AUTOMATIC STAY – PAGE 2
Cause No. No. 21-41090-MJH

**BAUMAN & WOLF, PLLC**
POST OFFICE BOX 2095
TACOMA, WA 98401
TEL: 206.264.4577

DocuSign Envelope ID: E273D15B-34F8-4091-BA30-C66E632AD423

# EXHIBIT 1

DocuSign Envelope ID: E273D15B-34F8-4091-BA30-C66E632AD423

**From:** Donovan Heavener <rusticdecorwa@gmail.com>
**Date:** May 17, 2021 at 1:05:45 PM PDT
**To:** Tina Heavener❤️😌❤️ <tinaheavener@gmail.com>
**Subject: Fwd: Family Classic Homes**


Sent from my iPhone

Begin forwarded message:

**From:** steve ates <builderates@gmail.com>
**Date:** May 17, 2021 at 11:27:46 AM PDT
**To:** rusticdecorwa@gmail.com
**Subject: Family Classic Homes**

Hi Jim,
A few questions. Does your property have water, Septic,Power? Do you have plans or plan Ideas? Any information you can send me would be helpful. When would you be available to meet and discuss?
Thank you,
Steve.



# EXHIBIT 2



**MASON COUNTY COMMUNITY SERVICES**  Permit No: **BLD2021-00685**
*PERMIT ASSISTANCE CENTER:*
• *BUILDING* • *PLANNING* • *FIRE MARSHAL*
615 W. Alder St - Shelton, WA 98584
www.co.mason.wa.us
Phone Shelton: (360)427-9670 ext. 352 • Fax: (360)427-7798
Phone Belfair: (360)275-4467 • Phone Elma: (360)482-5269

# PLUMBING & MECHANICAL PERMIT APPLICATION

**OWNER INFORMATION:**
NAME: Donavan & Tina Heavener
MAILING ADDRESS: 16626 80th Ave Ct E
CITY: Puyallup  STATE: WA  ZIP: 98375
1st PHONE:
2nd PHONE:
EMAIL: Tina.Heavener@gmail.com

**CONTRACTOR INFORMATION:**
NAME: Family Classic Homes
MAILING ADDRESS: 60 NE Lake Dr
CITY: Tahuya  STATE: WA  ZIP: 98588
PHONE:   CELL: (253)753-7692
EMAIL: DHart@FamilyClassicHome.com
L&I REG #_____  EXP. / /

**PARCEL INFORMATION:**
PARCEL NUMBER (12 Digit Number): 32423 50 01005  Zoning: RR 2.5
LEGAL DESCRIPTION (Abbreviated): Allie Ahl's Summer Home Tract
SITE ADDRESS: 241 N. Will Webb Rd  CITY: Lilliwaup, WA 98555
DIRECTIONS TO SITE ADDRESS: Out of the town Lilliwaup head North on N. US Hwy 101 until you come to N. Will Webb Rd. Turn left off Hwy head up the road & the parcel is on your left

**TYPE OF JOB:**
NEW X  ADD___ ALT___ REPAIR___ OTHER___ USE OF BUILDING_____
LOCATION OF FIXTURES/UNITS – 1ST FLOOR___ 2ND FLOOR___ BASEMENT___ GARAGE___ OTHER___

**PLUMBING FIXTURES (SHOW NUMBER OF EACH)**

| Type of Fixture | No. of Fixtures | Fees |
|---|---|---|
| Toilets | 2 | |
| Bathroom Sink | 3 | |
| Bath Tubs | 1 | |
| Showers | 1 | |
| Water Heater | 1 | |
| Clothes Washer | 1 | |
| Kitchen Sinks | 1 | |
| Dishwasher | 1 | |
| Hose bibs | 2 | |
| Other | | |
| Base Fee | | |
| TOTAL PLUMBING | | |

**MECHANICAL UNITS**
Fuel Type: Electric___ LPG___ Natural Gas___ Ductless ✓

| Type of Unit | No. of Units | Fees |
|---|---|---|
| Furnace Mini Split | 1 | |
| Heat Pump | | |
| Spot Vent Fan | 4 | |
| Propane Tank | 1 | |
| Gas Outlets | | |
| Wood/Gas/Pellet Stove | 1 | |
| Kitchen Exhaust Hood | 1 | |
| Dryer Vent | 1 | |
| Solar Panel | | |
| Other | | |
| Base Fee | | |
| TOTAL MECHANICAL | | |

OWNER acknowledge submission of inaccurate information may result in a stop work order or permit revocation. Acknowledgement of such is by signature below. I declare that I am the owner, owners legal representative, or contractor. I further declare that I am entitled to receive this permit and to do the work as proposed. I have obtained permission from all the necessary parties, including any easement holder or parties of interest regarding this project. The owner or authorized agent represents that the information provided is accurate and grants employees of Mason County access to the above described property and structure(s) for review and inspection. This permit/application becomes null & void if work or authorized construction is not commenced within 180 days or if construction work is suspended for a period of 180 days. **PROOF OF CONTINUATION OF THIS PERMIT IS BY MEANS OF INSPECTION. INACTIVITY OF THIS PERMIT APPLICATION OF 180 DAYS WILL INVALIDATE THE APPLICATION.**

X _____   5-6-2021
Signature of Owner    Date

| DEPARTMENTAL REVIEW | APPROVED | DATE | DENIED | DATE | TAGS/NOTES/CONDITIONS |
|---|---|---|---|---|---|
| BUILDING DEPARTMENT | | | | | |
| PLANNING DEPARTMENT | | | | | |
| FIRE MARSHAL | | | | | |

Rev: 1/27/2016 JBN




**MASON COUNTY COMMUNITY SERVICES**
**PERMIT ASSISTANCE CENTER:**
• BUILDING • PLANNING • PUBLIC HEALTH • FIRE MARSHAL
615 W. Alder Street, Shelton, WA 98584
Phone Shelton: (360)427-9670 ext. 352 • Fax: (360)427-7798 Phone Belfair: (360)275-4467 • Phone Elma: (360)482-5269

Permit No: **BLD2021-00685**
**RECEIVED**
**MAY 06 2021**
**615 W. Alder Street**

## BUILDING PERMIT APPLICATION

### PROPERTY OWNER INFORMATION:
NAME: Donavan + Tina Heavener
MAILING ADDRESS: 16626 80th Ave Ct E
CITY: Puyallup  STATE: WA  ZIP: 98375
PHONE #1:
PHONE #2:
EMAIL: TINA HEAVENER@GMAIL.com

### CONTRACTOR INFORMATION:
NAME: Family Classic Homes
MAILING ADDRESS: 60 NE Lake Dr
CITY: Tahuya  STATE: WA  ZIP: 98588
PHONE:  CELL: (253) 753-7692
EMAIL: DHART@FamilyClassicHomes.com
L&I REG #:  EXP: / /

### PRIMARY CONTACT:  OWNER ☐  CONTRACTOR ☒  OTHER ☐
NAME: Dale Hart  EMAIL: DHART@FamilyClassicHome.com
MAILING ADDRESS: 60 NE Lake Dr  CITY: Tahuya  STATE: WA  ZIP: 98588
PHONE:  CELL: (253) 753-7692

### PARCEL INFORMATION:
PARCEL NUMBER (12 Digit Number): 324235001005  ZONING: RR 2.5
LEGAL DESCRIPTION (Abbreviated): Allie Ahl's Summer Home Tract  FIRE DISTRICT:
SITE ADDRESS: 241 N. Will Webb Rd  CITY: Lilliwaup, WA 98555
DIRECTIONS TO SITE ADDRESS: Out of the town Lilliwaup head North on N. US Hwy 101 until you come to N. Will Webb Rd. Turn Left & Follow up road on left
IS THE PROJECT WITHIN 300 FT OF SLOPE(S) GREATER THAN 14%:  YES ☒  NO ☐
IS PROPERTY WITHIN 200 FT OF THE FOLLOWING: (Check all that apply):
SALTWATER ☐  LAKE ☐  RIVER/CREEK ☐  POND ☐  WETLAND ☐  SEASONAL RUNOFF ☐  STREAM ☐

### TYPE OF WORK:  NEW ☒  ADDITION ☐  ALTERATION ☐  REPAIR ☐  OTHER ☐
USE OF STRUCTURE (Residence, Garage, Commercial Bldg, Etc.): SFR
IS USE: PRIMARY ☒  SEASONAL ☐  NUMBER OF BEDROOMS___  NUMBER OF BATHROOMS___
HEATED STRUCTURE? YES (Whole Bldg) ☒  YES (Part[s] of Bldg) ☐  NO ☐
DESCRIBE WORK: Construction of a new single family residence

### SQUARE FOOTAGE: (propose + existing)
1ST FLOOR: 965 sq. ft.  2ND FLOOR___ sq. ft.  3RD FLOOR___ sq. ft.  BASEMENT: 420 sq. ft. Heated
DECK: 204 sq. ft.  COVERED DECK: 28 sq. ft.  STORAGE___ sq. ft.  OTHER: Entry 28 sq. ft.
GARAGE___ sq. ft. Attached ☐ Detached ☐  CARPORT___ sq. ft. Attached ☐ Detached ☐

### MANUFACTURED HOME INFORMATION: N/A  *4 COPIES OF THE FLOOR PLAN REQUIRED*
MAKE___  MODEL___  YEAR___  LENGTH___
WIDTH___  BEDROOMS___  BATHS___  SERIAL NUMBER___

### ENVIRONMENTAL HEALTH:
SEWAGE/SEWER SOURCE:  SEPTIC ☒  SEWER ☐  /  NEW ☒  EXISTING ☐
PLUMBING IN STRUCTURE? YES ☒  NO ☐  If yes, attach completed Water Adequacy Form
PERIMETER/FOUNDATION DRAINS PROPOSED?  YES ☒  NO ☐  EXISTING SQ. FT. ___
EXISTING BEDROOMS___  PROPOSED BEDROOMS___  TOTAL BEDROOMS___

OWNER acknowledges that submission of inaccurate information may result in a stop work order or permit revocation. Acknowledgement of such is by signature below. I declare that I am the owner and I further declare that I am entitled to receive this permit and to do the work as proposed. I have obtained permission from all the necessary parties, including any easement holder or parties of interest regarding this project. The owner or legal representative, represents that the information provided is accurate and grants employees of Mason County access to the above described property and structure(s) for review and inspection. This permit/application becomes null & void if work or authorized construction is not commenced within 180 days or if construction work is suspended for a period of 180 days.

PROOF OF CONTINUATION OF WORK ON THIS PERMIT IS BY MEANS OF INSPECTION. INACTIVITY OF THIS PERMIT APPLICATION OF 180 DAYS OR MORE WILL CAUSE THE APPLICATION TO BE EXPIRED. (MASON COUNTY CODE 14.08.42)

X _[signature]_  Date: 5-6-2021
Signature of OWNER (Must be signed by the OWNER)

| DEPARTMENTAL REVIEW | APPROVED | DATE | DENIED | DATE | TAGS/NOTES/CONDITIONS |
|---|---|---|---|---|---|
| BUILDING DEPARTMENT | | | | | |
| PLANNING DEPARTMENT | | | | | |
| FIRE MARSHAL | | | | | |
| PUBLIC HEALTH | | | | | |