**Below is the Order of the Court.**



**Brian D. Lynch**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re | No. 21-41090-MJH |
| STEPHEN LEE ATES, | |
| | AGREED ORDER EXTENDING DISCHARGE OBJECTION DEADLINE |
| Debtor. | |

THIS MATTER came before the Court upon the Ex Parte Motion by the United States Trustee for Order Extending Certain Deadlines (the "Motion"). The Debtor, by and through his attorney, Brett L. Wittner, have reached an agreement that for the extension of the deadline to object to discharge under 11 U.S.C. § 727 should be extended to January 28, 2022, the Court, having reviewed the records and files herein, and based upon the agreement of the parties,

HEREBY FINDS that that notice of the Motion was adequate, and

FURTHER FINDS that the Motion for an extension of time meets the requirements of Federal Rule of Bankruptcy Procedure 4004(b)(1).

NOW THEREFORE, based on the foregoing findings, the Court

HEREBY ORDERS that the Motion is GRANTED; and

//

//

//

//

ORDER EXTENDING DISCHARGE OBJECTION
DEADLINE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

FURTHER ORDERS that the deadline for filing objections to the debtor's discharge is hereby extended for the United States Trustee and the chapter 7 trustee herein from November 29, 2021, to January 28, 2022.

/// END OF ORDER ///

Presented by/ Agreed to by:

GREGORY M. GARVIN
Acting U.S. Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA # 40476
Trial Attorney for United States Trustee


Agreed to/Notice of Presentment Waived

Morton McGoldrick, P.S.

/s/ *Brett L. Wittner*
Brett L. Wittner #27657
Attorney for Debtor

ORDER EXTENDING DISCHARGE OBJECTION
DEADLINE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)